IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANGELICA WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:21-CV-00462-CDP |
| | ) | |
| CITY OF ST. LOUIS, MO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

COMES NOW Movant, Lynette M. Petruska, on behalf of Pleban & Petruska Law, LLC

as attorneys for Plaintiff, and pursuant to Missouri Supreme Court Rule 4-1.16 requests leave to

withdraw as counsel for Plaintiff Angelica Woods in the above-referenced matter and in support

of this motion states as follows:

1.      This case is not yet scheduled for trial.  A Rule 16 Order was issued on December

9, 2021 directing the parties to file a Joint Proposed Scheduling Plan by January 14, 2021.

Undersigned counsel has requested an extension of time for the filing of the Joint Proposed

Scheduling Plan and a continuance of the Scheduling Conference so that this motion can be

resolved before a scheduling order is entered.

2.      Movant requests leave to withdraw from representing Plaintiff because certain

issues have arisen such that future representation is no longer possible and professional

considerations require termination of the representation.

3.      Movant has informed Plaintiff of the issues set forth in paragraph 2 and has

advised Plaintiff of her and the firm's intention to withdraw from this case.

4.      Withdraw can be accomplished without material adverse effect on the

interests of the client because this case is in the beginning stages, no Case Management Order or

trial date has been set, and therefore, Plaintiff will have adequate time to secure new counsel who

can represent Plaintiff free of the issues that have required undersigned to seek leave to

withdraw.

WHEREFORE, Pleban & Petruska Law, LLC, through Lynette M. Petruska, respectfully

requests leave to withdraw as counsel for Plaintiff Angelica Woods in the above-referenced

matter and for such other and further relief as this Court deems appropriate under the

circumstances.

Respectfully submitted,

**PLEBAN & PETRUSKA LAW, LLC**

by:  _____/s/ Lynette M. Petruska_____
Lynette M. Petruska, #41212
2010 S. Big Bend Blvd.
St. Louis, MO 63117
314-645-6666
FAX: 314-645-7376
lpetruska@plebanlaw.com

Attorneys for Plaintiff

## Certificate of Service

The undersigned hereby certifies that on this 17th  day of December 2021, a true and
accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served
by operation of the Court's electronic filing system upon counsel of record.  A copy of this
motion was also served by email and regular mail on December 17, 2021 upon Plaintiff Angelica
Woods, 5947 Plymouth Ave., St. Louis, MO 63112.

_____/s/ Lynette M. Petruska_____