UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELICA WOODS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:21 CV 462 CDP |
| CITY OF ST. LOUIS, MO, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Plaintiff alleges that she was wrongfully discharged from employment with the City of St. Louis after she reported misconduct at the City's tow lot where she worked to, among others, the media. Plaintiff was anonymously quoted in a KSDK news article which was posted online on February 4, 2021, and she was also anonymously interviewed on camera for a televised news report which aired the same day. In her deposition, plaintiff testified that she could be readily identified as the "anonymous" source because of her silhouette. The next day, plaintiff was fired.

Although a copy of the news article has been provided to the Court in connection with defendant's pending motion for summary judgment [69-21], neither party has provided the Court with a copy of the televised newscast. As plaintiff alleges that she was terminated, in part, for her participation in this

newscast, she bears the burden of producing this evidence to the Court in support of her claim.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **October 6, 2023**, plaintiff shall file with the Court a flash drive which contains a recording of the February 4, 2021 KSDK televised newscast upon which she relies in support of her retaliation claim.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of September, 2023.