UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELICA WOODS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21 CV 462 CDP |
| ) | |
| CITY OF ST. LOUIS, MO, et al., ) | |
| ) | |
|     Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the joint motion to extend the initial pretrial compliance filing deadlines by seven days due to settlement negotiations and the schedule of counsel. The Court encourages the parties to continue settlement negotiations, as this is a case that could and should be settled.

The Court will grant the requested extension as to the initial pretrial compliance, but the remaining pretrial compliance -- objections to exhibits, deposition designations, interrogatory answers, and request for admissions, motions in limine, along with any objections to and requests for additional jury instructions and/or form of verdict[1] -- remains due ten days before trial absent settlement.

---

[1] Although the parties did not specifically request an extension of time to file proposed jury instructions and verdict forms, the initial case management order [24] also requires they be filed 20 days before trial.

Accordingly,

**IT IS HEREBY ORDERED** that the joint motion for extension of time [88] is granted only as follows: **the parties are granted up to and including March 12, 2024, to file their initial pretrial compliance, but the remaining pretrial compliance remains due ten (10) days before trial.**

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of March, 2024.