*Granted as to Count II (FMLA)*
*Denied as to Count I (First Amendment Retaliation)*
*Catherine D. Perry*
*3/27/24*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELICA WOODS, | ) |
| Plaintiff, | ) Case No. 4:21-cv-00462-CDP |
| v. | ) |
| CITY OF ST. LOUIS, *et al.*, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AT CLOSE OF ALL EVIDENCE

Defendant City of St. Louis ("City") and James Wilson ("Wilson") (collectively, "Defendants") aver in support of their Motion for Judgment as a Matter of Law under Rule 50 of the Federal Rules of Civil Procedure that they are entitled to a judgment as a matter of law on the claims of Plaintiff Angelica Woods ("Plaintiff"), because 1) the speech relied on by Plaintiff was not made as a private citizen concerning matters of public concern; 2) Defendant Wilson is entitled to qualified immunity, and 3) Plaintiff failed to prove all the necessary elements of her claim for FMLA interference.

I.  **Legal Standard**

Rule 50 of the Federal Rules of Civil Procedure provides as follows:

> If a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue, the court may:
> (A) resolve the issue against the party; and
> (B) grant a motion for judgment as a matter of law against the party on a claim or defense that, under the controlling law, can be maintained or defeated only with a favorable finding on that issue.

Fed. R. Civ. P. 50. This Court found that two claims survived summary judgment and would go to trial: a claim for First Amendment retaliation against Defendant Wilson, and a claim for FMLA

1