UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELICA WOODS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 4:21-CV-00462-CDP |
| | ) |
| CITY OF ST. LOUIS, MO., | ) |
| and JAMES (JAMIE) WILSON | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. As to Count 1, the issues have been tried and the jury has rendered its verdict.

☒ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law as to Count 2 at the close of all evidence.

☐ **Decision by Verdict.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Angelica Woods shall have judgment against Defendant James "Jamie" Wilson in the amount of $257,612.00, consisting of compensatory damages in amount of $207,612.00 and punitive damages in the amount of: $50,000.00, together with her costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendant City of St. Louis shall have judgment on all claims raised by Plaintiff's complaint against it.

| | |
|---|---|
| <u>March 28, 2024</u> | *Nathan M. Graves*        / |
| Date | Clerk of Court |
| | |
| | By:   /s/ Kayla Zenon      / |
| |        KAYLA ZENON |
| |        Deputy Clerk |